UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: BAJAK, BERNHARD M.<br>BAJAK, CASSANDRA A.<br><br>Debtor(s) | § Case No. 10-75389<br>§<br>§<br>§ |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 04/23/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 03/09/2012        By: /s/MEGAN G. HEEG
                             Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: BAJAK, BERNHARD M. § Case No. 10-75389
         BAJAK, CASSANDRA A. §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     30,124.63

*and approved disbursements of*          $      5,639.72

*leaving a balance on hand of* [1]       $     24,484.91

**Balance on hand:**                     $     24,484.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | AMERICAN HONDA FINANCE CORPORATION | 3,630.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                       $     24,484.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,220.23 | 0.00 | 3,220.23 |

Total to be paid for chapter 7 administration expenses:   $      3,220.23
Remaining balance:                                        $     21,264.68

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $    21,264.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $    21,264.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,397.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 865.30 | 0.00 | 169.75 |
| 2 | Discover Bank | 8,802.78 | 0.00 | 1,726.87 |
| 3 | Quantum3 Group LLC as agent for | 545.28 | 0.00 | 106.97 |
| 4 | Chase Bank USA NA | 5,566.18 | 0.00 | 1,091.93 |
| 5 | Chase Bank USA NA | 1,138.01 | 0.00 | 223.25 |
| 6 | American Express Centurion Bank | 1,143.35 | 0.00 | 224.29 |
| 7 | American Express Centurion Bank | 8,628.09 | 0.00 | 1,692.60 |
| 8 | American Express Bank, FSB | 7,943.90 | 0.00 | 1,558.38 |
| 9 | Capital One Bank (USA), N.A. | 16,619.46 | 0.00 | 3,260.29 |
| 11 | PYOD LLC its successors and assigns as assignee of | 18,103.15 | 0.00 | 3,551.35 |

UST Form 101-7-NFR (10/1/2010)

| 12 | PYOD LLC its successors and assigns as assignee of | | 30,042.04 | 0.00 | 7,659.00 |
|---|---|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 21,264.68 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-75389-MB
Bernhard M. Bajak                                                   Chapter 7
Cassandra A. Bajak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett            Page 1 of 3             Date Rcvd: Mar 16, 2012
                              Form ID: pdf006           Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2012.
db/jdb     +Bernhard M. Bajak,   Cassandra A. Bajak,   808 Wedgewood Drive,   Crystal Lake, IL 60014-6993
16349620    American Express,   Customer Service,   Post Office Box 7863,   Ft. Lauderdale, FL 33329-7863
16349622    American Express,   c/o Nationwide Credit, Inc.,   3600 E. University Dr., #B1350,
             Phoenix, AZ 85034-7296
16349623    American Express,   c/o First Source,   2056 Bryant Woods,   Amherst, NY 14228
18038143    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16384004    American Express Centurion Bank,   P O Box 3001,   Malvern, PA 19355-0701
18034052    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16349627   +Broward Co. Taxing Authorities,   115 S. Andrews Avenue,   Fort Lauderdale, FL 33301-1818
18044443    Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC 28272-1083
16349630   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
16349631   +Chase,   c/o Michael Fine,   131 S. Dearborn Street, 5th Fl.,   Chicago, IL 60603-5571
18032126    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
16349632   +Chase Home Finance,   Attention: Bankruptcy Department,   3415 Vision Drive,
             Columbus, Oh 43219-6009
16349633    Citi,   Post Office Box 92350,   Albuquerque, NM 87199-2350
16349635   +Citibank,   701 E. 60th Street,   Sioux Falls, SD 57104-0493
16349636   +Citibank,   c/o Blitt & Gaines,   661 Glenn Avenue,   Wheeling, IL 60090-6017
16349638    ComEd,   Attn.: Revenue Management,   2100 Swiss Drive,   Oak Brook, Il 60523
16349639   +Dimitri Nikoltsev,   660 Mill Circle, #303,   Wheeling, IL 60090-4209
16349641   +Dovenmuehle/AIG,   1 Corporate Dr., #380,   Lake Zurich, IL 60047-8945
16349644   +Harris Bank,   3800 Golf Road, #300,   Post Office Box 8759,   Rolling Meadows, IL 60008-8759
16349645   +Harris Trust & Savings Bank,   111 West Monroe Street,   Chicago, Il 60603-4095
16349646   +Harris Trust & Savings Bank,   c/o Quarles & Brady,   1395 Panther Lane, #300,
             Naples, FL 34109-7875
16349648    Litton Loan Servicing,   Post Office Box 4387,   Houston, TX 77210-4387
16349649    New York & Co.,   Post Office Box 659728,   San Antonio, TX 78265-9728
16349650   +New York & Co./WFNNB,   c/o PFG of Minnesota,   7825 Washington Ave. S., #310,
             Minneapolis, MN 55439-2424
16349651    Office Depot,   Post Office Box 689020,   Des Moines, IA 50368-9020
16349653    PNC Bank,   c/o Law Offices of David J. Stern,   900 S. Pine Island Rd., #400,
             Plantation, FL 33324-3920
16349652   +PNC Bank,   One NCC Parkway,   Mail Code Z1 YB43021,   Kalamazoo, MI 49009-8003
16349654   +S. Alan Johnson & Assoc.,   101 N. Ocean Drive,   Oceanwalk Mall, #209,
             Hollywood, FL 33019-1728
16349655   +Sandy by the Sea Condominium,   c/o Esler & Lindie,   315 Southeast 7th Street, #300,
             Fort Lauderdale, FL 33301-3158
16349656   +Sandy by the Sea Condominium Assoc,   2201 S. Ocean Drive, #2703,   Hollywood, FL 33019-2571
16349657   +Suntrust Mortgage,   1001 Semmes Avenue,   Richmond, VA 23224-2245
16349658   +Suntrust Mortgage,   c/o Florida Default Law Group,   9119 Corporate Lake Dr., #300,
             Tampa, FL 33634-2380
16349659   +Tax Payer Services,   Dept. of Revenue Use Tax,   5050 W. Tennessee St. Bldg L,
             Tallahassee, FL 32399-0100
16349660    Yves & Danielle Des Jardins,   1868 Elmridge Drive,   Ottowa Ontario Canada K1J6r7

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16349624     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2012 02:51:24    American Honda Finance Corp.,
              Post Office Box 5308,   Elgin, IL 60121-5308
18141403     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 17 2012 02:51:24
              AMERICAN HONDA FINANCE CORPORATION,   NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
              IRVING, TX 75016-8088
16349626    +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 17 2012 03:59:44    AT&T,
              c/o NCO Financial Systems,   507 Prudential Rd.,   Horsham, PA 19044-2308
16349621    +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 17 2012 03:59:44    American Express,
              c/o NCO Financial System,   507 Prudential Rd.,   Horsham, PA 19044-2308
16349629    +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 17 2012 02:54:12    Capital One,
              c/o Alliance One,   4850 Street Road, #300,   Trevose, PA 19053-6643
16349634     E-mail/Text: bnc@ursi.com Mar 17 2012 02:54:50   Citi,   c/o United Recovery System,
              Post Office Box 722910,   Houston, TX 77272-2910
16349637    +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 17 2012 03:59:44    Citibank,
              c/o NCO Financial Systems,   507 Prudential Rd.,   Horsham, PA 19044-2308
16633841    +E-mail/Text: legalcollections@comed.com Mar 17 2012 02:51:41    Commonwealth Edison Company,
              3 Lincoln Center,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
16349640     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 17 2012 02:32:39    Discover,   12 Reads Way,
              New Castle, DE 19720-1649
17956901     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 17 2012 02:32:39    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16349642    +E-mail/Text: Group_Legal@creditunion1.org Mar 17 2012 02:51:53    Elgin Community Credit Union,
              1151 Lillian Street,   Elgin, IL 60123-7103
16349643    +E-mail/Text: Bankruptcy@fpl.com Mar 17 2012 02:54:36    Florida Power & Light Co.,
              Post Office Box 025576,   Miami, FL 33102-5576

```
District/off: 0752-3          User: vgossett              Page 2 of 3                   Date Rcvd: Mar 16, 2012
                              Form ID: pdf006             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18332006     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 17 2012 02:12:07
              PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
18027054      E-mail/Text: bnc-quantum@quantum3group.com Mar 17 2012 03:10:08
              Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
              Kirkland, WA 98083-0788
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16349647      JC Dube,   541 Kodiak Greenfield Pk,   Quebec, CA J4VSM6
18034053*     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16349625      ##AT&T,   Post Office Box 8105,   Aurora, IL 60507-8105
16349628      ##+Capital One,   1957 Westmoreland,   Post Office Box 26094,   Richmond, VA 23260-6094
                                                                                 TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2012**                      **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Mar 16, 2012
                              Form ID: pdf006             Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2012 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick Layng carole.ryczek@usdoj.gov
          John J Carrozza    on behalf of Debtor Bernhard Bajak john@joneshart.com, matilda@joneshart.com
          Jose G Moreno    on behalf of Creditor  PNC Bank, National Association nd-one@il.cslegal.com
          Lydia Y Siu    on behalf of Creditor  AIG Federal Savings Bank lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egbbl.com
          Megan G Heeg    heeg@egbbl.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard T Jones    on behalf of Debtor Bernhard Bajak matilda@joneshart.com, john@joneshart.com
                                                                                             TOTAL: 8
```