**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: BAJAK, BERNHARD M. | § Case No. 10-75389 |
| BAJAK, CASSANDRA A. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $735,284.86   Assets Exempt: $192,207.18
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,264.68   Claims Discharged
                                              Without Payment: $128,089.95

Total Expenses of Administration: $3,437.63

---

3) Total gross receipts of $ 30,124.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,422.32 (see **Exhibit 2**), yielded net receipts of $24,702.31 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $845,721.61 | $3,630.82 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,437.63 | 3,437.63 | 3,437.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 153,112.60 | 108,397.54 | 108,397.54 | 21,264.68 |
| **TOTAL DISBURSEMENTS** | $998,834.21 | $115,465.99 | $111,835.17 | $24,702.31 |

4) This case was originally filed under Chapter 7 on October 29, 2010. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012          By: /s/MEGAN G. HEEG
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS federal | 1224-000 | 28,975.00 |
| TAX REFUNDS - state | 1224-000 | 1,149.00 |
| Interest Income | 1270-000 | 0.63 |
| **TOTAL GROSS RECEIPTS** | | **$30,124.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BERNHARD M. and CASSANDRA BAJAK | federal | 8100-002 | 5,215.50 |
| BERNHARD M. and CASSANDRA BAJAK | state | 8100-002 | 206.82 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,422.32** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | AMERICAN HONDA FINANCE CORPORATION | 4110-000 | 14,600.00 | 3,630.82 | 0.00 | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 80,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Trust & Savings Bank | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 231,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank One NCC Parkway | 4110-000 | 280,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandy by the Sea Condominium Assoc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank c/o Law Offices of David J. Stern | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandy by the Sea Condominium c/o Esler & Lindie | 4110-000 | 4,491.61 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Harris Trust & Savings Bank c/o Quarles & Brady | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elgin Community Credit Union | 4110-000 | 10,630.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $845,721.61 | $3,630.82 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,220.23 | 3,220.23 | 3,220.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.94 | 30.94 | 30.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.83 | 61.83 | 61.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.65 | 65.65 | 65.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.98 | 58.98 | 58.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,437.63 | $3,437.63 | $3,437.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 1,009.91 | 865.30 | 865.30 | 169.75 |
| 2 | Discover Bank | 7100-000 | 8,341.10 | 8,802.78 | 8,802.78 | 1,726.87 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 419.08 | 545.28 | 545.28 | 106.97 |
| 4 | Chase Bank USA NA | 7100-000 | 13,584.80 | 5,566.18 | 5,566.18 | 1,091.93 |
| 5 | Chase Bank USA NA | 7100-000 | N/A | 1,138.01 | 1,138.01 | 223.25 |
| 6 | American Express Centurion Bank | 7100-000 | 1,143.35 | 1,143.35 | 1,143.35 | 224.29 |
| 7 | American Express Centurion Bank | 7100-000 | 8,628.09 | 8,628.09 | 8,628.09 | 1,692.60 |
| 8 | American Express Bank, FSB | 7100-000 | 7,943.90 | 7,943.90 | 7,943.90 | 1,558.38 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 15,733.14 | 16,619.46 | 16,619.46 | 3,260.29 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 18,103.15 | 18,103.15 | 18,103.15 | 3,551.35 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 37,248.99 | 39,042.04 | 39,042.04 | 7,659.00 |
| NOTFILED | Dimitri Nikoltsev | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Yves & Danielle Des Jardins | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank c/o NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi c/o United Recovery System | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank c/o Blitt & Gaines | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Michael Fine | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 10,326.81 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage c/o Florida Default Law Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | S. Alan Johnson & Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One c/o Alliance One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power & Light Co. | 7100-000 | 79.14 | N/A | N/A | 0.00 |
| NOTFILED | JC Dube | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | New York & Co./WFNNB c/o PFG of Minnesota | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dovenmuehle/AIG | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Office Depot | 7100-000 | 2,116.98 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tax Payer Services Dept. of Revenue Use Tax | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 34.16 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AT&T c/o NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o First Source | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o NCO Financial System | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Nationwide Credit, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Broward Co. Taxing Authorities | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $153,112.60 | $108,397.54 | $108,397.54 | $21,264.68 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75389  
**Case Name:** BAJAK, BERNHARD M.  
　　　　　　　BAJAK, CASSANDRA A.  
**Period Ending:** 08/21/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/29/10 (f)  
**§341(a) Meeting Date:** 12/03/10  
**Claims Bar Date:** 01/18/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 808 Wedgewood, Crystal Lake, IL | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 4611 Poincianna, Lauderdale by the Sea, FL | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings at Fifth Third (J) | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Christmas club Elgin City | 5.00 | 0.00 | DA | 0.00 | FA |
| 5 | Fifth Third business checking | 2.00 | 0.00 | DA | 0.00 | FA |
| 6 | Citibank savings | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings, including audio | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel. | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Furs and jewelry. | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in insurance policies AmGen (w) | 26,797.08 | 0.00 | DA | 0.00 | FA |
| 11 | Interests in insurance policies. (H) | 14,380.78 | 0.00 | DA | 0.00 | FA |
| 12 | Interests in an education IRA (Blake) | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 13 | Interests in an education IRA (Will) | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interests in IRA, ERISA, Keogh, 401(k) | 66,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Interests in IRA, ERISA pension (H) | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Interest in IRA - 457 Account | 67,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Stock and interests - CB Consulting | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2007 Honda<br>　2007 Honda | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1991 Honda motorcycle<br>　1991 Honda | 800.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2004 Ford truck<br>　2004 Ford | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Boats, motors and accessories. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 22 | TAX REFUNDS federal (u) | 0.00 | 23,759.50 | | 28,975.00 | FA |
| 23 | TAX REFUNDS - state (u) | 0.00 | 942.18 | | 1,149.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.63 | FA |
| 24 | Assets Totals (Excluding unknown values) | **$735,284.86** | **$24,701.68** | | **$30,124.63** | **$0.00** |

Printed: 08/21/2012 10:01 AM   V.13.03

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75389  **Trustee:** (330490) MEGAN G. HEEG
**Case Name:** BAJAK, BERNHARD M.  **Filed (f) or Converted (c):** 10/29/10 (f)
BAJAK, CASSANDRA A.  **§341(a) Meeting Date:** 12/03/10
**Period Ending:** 08/21/12  **Claims Bar Date:** 01/18/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 15, 2012      **Current Projected Date Of Final Report (TFR):** March 9, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-75389 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BAJAK, BERNHARD M. | | Bank Name: | The Bank of New York Mellon |
| | BAJAK, CASSANDRA A. | | Account: | 9200-******95-65 - Checking Account |
| Taxpayer ID #: | **-***6617 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/14/11 | {23} | Bernhard Bajak | tax refund | 1224-000 | 1,149.00 | | 1,149.00 |
| 11/14/11 | {22} | Bernhard Bajak | tax refund | 1224-000 | 28,975.00 | | 30,124.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 30,124.13 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.94 | 30,093.19 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 30,093.44 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.83 | 30,031.61 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 30,031.86 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.65 | 29,966.21 |
| 02/14/12 | 1001 | BERNHARD M. and CASSANDRA BAJAK | tax exempt portion for federal and state income tax | | | 5,422.32 | 24,543.89 |
| | | | federal          5,215.50 | 8100-002 | | | 24,543.89 |
| | | | state               206.82 | 8100-002 | | | 24,543.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.98 | 24,484.91 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.17 | 24,434.74 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.40 | 24,386.34 |
| 05/08/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -98.57 | 24,484.91 |
| 05/09/12 | 1002 | MEGAN G. HEEG | Dividend paid 100.00% on $3,220.23, Trustee Compensation;  Reference: | 2100-000 | | 3,220.23 | 21,264.68 |
| 05/09/12 | 1003 | Commonwealth Edison Company | Dividend paid 19.61% on $865.30; Claim# 1; Filed: $865.30; Reference: 0473065020 | 7100-000 | | 169.75 | 21,094.93 |
| 05/09/12 | 1004 | Discover Bank | Dividend paid 19.61% on $8,802.78; Claim# 2; Filed: $8,802.78; Reference: ENDING 2619 | 7100-000 | | 1,726.87 | 19,368.06 |
| 05/09/12 | 1005 | Quantum3 Group LLC as agent for | Dividend paid 19.61% on $545.28; Claim# 3; Filed: $545.28; Reference: 571373492 | 7100-000 | | 106.97 | 19,261.09 |
| 05/09/12 | 1006 | Chase Bank USA NA | Dividend paid 19.61% on $5,566.18; Claim# 4; Filed: $5,566.18; Reference: MULTIPLE ACCTS. | 7100-000 | | 1,091.93 | 18,169.16 |
| 05/09/12 | 1007 | Chase Bank USA NA | Dividend paid 19.61% on $1,138.01; Claim# 5; Filed: $1,138.01; Reference: | 7100-000 | | 223.25 | 17,945.91 |
| 05/09/12 | 1008 | American Express Centurion Bank | Dividend paid 19.61% on $1,143.35; Claim# 6; Filed: $1,143.35; Reference: 376770558171009 | 7100-000 | | 224.29 | 17,721.62 |
| 05/09/12 | 1009 | American Express Centurion Bank | Dividend paid 19.61% on $8,628.09; Claim# 7; Filed: $8,628.09; Reference: ENDING 2-71004 | 7100-000 | | 1,692.60 | 16,029.02 |
| 05/09/12 | 1010 | American Express Bank, FSB | Dividend paid 19.61% on $7,943.90; Claim# 8; Filed: $7,943.90; Reference: 371334930411008 | 7100-000 | | 1,558.38 | 14,470.64 |

Subtotals :                              $30,124.63            $15,653.99

{} Asset reference(s)                                                                                       Printed: 08/21/2012 10:01 AM    V.13.03

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-75389 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | BAJAK, BERNHARD M. | | **Bank Name:** | The Bank of New York Mellon |
| | BAJAK, CASSANDRA A. | | **Account:** | 9200-******95-65 - Checking Account |
| **Taxpayer ID #:** | **-***6617 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 08/21/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/09/12 | 1011 | Capital One Bank (USA), N.A. | Dividend paid 19.61% on $16,619.46; Claim# 9; Filed: $16,619.46; Reference: 517805730229 2334 | 7100-000 | | 3,260.29 | 11,210.35 |
| 05/09/12 | 1012 | PYOD LLC its successors and assigns as assignee of | Dividend paid 19.61% on $18,103.15; Claim# 11; Filed: $18,103.15; Reference: 542418059362 6739 | 7100-000 | | 3,551.35 | 7,659.00 |
| 05/09/12 | 1013 | PYOD LLC its successors and assigns as assignee of | Dividend paid 19.61% on $39,042.04; Claim# 12; Filed: $39,042.04; Reference: 546616006138 0489 | 7100-000 | | 7,659.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,124.63 | 30,124.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,124.63 | 30,124.63 | |
| | | | Less: Payments to Debtors | | | 5,422.32 | |
| | | | **NET Receipts / Disbursements** | | $30,124.63 | $24,702.31 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******95-65 | 30,124.63 | 24,702.31 | 0.00 |
| | $30,124.63 | $30,124.63 | $0.00 |

{} Asset reference(s)

Printed: 08/21/2012 10:01 AM    V.13.03